**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA**

RENEWABLE FUELS ASSOCIATION,

*Petitioner*,

v.

ENVIRONMENTAL PROTECTION
AGENCY,

*Respondent*.

Case No. 25-1281
(consolidated with
No. 25-1180, *et seq*.)

## ADDENDUM TO MOTION TO INTERVENE OF COALITION TO PRESERVE REFINED FUEL MARKETS

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Coalition to Preserve Refined Fuel Markets makes the following disclosure:

**Coalition to Preserve Refined Fuel Markets ("Coalition")** is a business league organization established in a manner consistent with Section 501(c)(6) of the Internal Revenue Code. The Coalition's purpose is to advocate, through litigation or otherwise, for free and fair markets for refined fuel, including by protecting the interests of refiners in an even regulatory playing field. The Coalition has no parent companies, and no publicly held company has a 10% or greater ownership interest in Coalition to Preserve Refined Fuels Markets.

Dated: January 12, 2026

Respectfully submitted,

<u>/s/ James R. Conde</u>
Michael Buschbacher
James R. Conde
Laura B. Ruppalt
James R. Wedeking
Boyden Gray PLLC
800 Connecticut Ave. NW
Washington, DC 20006
202-955-0620
jconde@boydengray.com

*Counsel for Coalition to Preserve*
*Refined Fuel Markets*

<u>**CERTIFICATE AS TO PARTIES AND *AMICI***</u>

Pursuant to Circuit Rule 27(a)(4) and Circuit Rule 28(a)(1)(A), Coalition to Preserve Refined Fuel Markets makes the following Certificate as to Parties and *Amici*:

Movant seeks to intervene in support of Petitioner in No. 25-1281. The petition for review seeks review of final action taken by the U.S. Environmental Protection Agency entitled, "November 2025 Decisions on Petitions for Small Refinery Exemptions Under the Renewable Fuel Standard Program." 90 Fed. Reg. 52,385 (Nov. 20, 2025).

This petition for review has been consolidated by this Court with other petitions for review of the same final action and a similar action entitled, "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions." 90 Fed. Reg. 41, 829 (Aug. 27, 2025) ("August SRE Decisions"). Movant has already been granted intervention in Nos. 25-1226 and 25-1228, seeking review of the August SRE Decisions. Movant is not seeking to intervene in any consolidated cases other than No. 25-1281.

**I.     Case No. 25-1281**

Case No. 25-1281 involves the following parties and *amici*:

**Petitioner:**

Renewable Fuels Association

**Respondent:**

U.S. Environmental Protection Agency

**Intervenors:**

There are no intervenors at this time.

***Amici*:**

There are no *amici* at this time.

## II. Other Consolidated Cases

The remaining consolidated cases involve the following parties and *amici*:

**Petitioners**:

REH Company, LLC (Nos. 25-1180, 25-1276)

Alon Refining Krotz Springs Inc. (No. 25-1230)

Calumet Shreveport Refining LLC (No. 25-1195)

Calumet Montana Refining, LLC (No. 25-1196)

HF Sinclair Refining & Marketing LLC (Nos. 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25- 1212, 25-1213, 25-1214)

HF Sinclair Parco Refining LLC (No. 25-1208)

HF Sinclair Casper Refining LLC (Nos. 25-1203, 25-1204, 25-1205)

HF Sinclair Cheyenne Refining LLC (Nos. 25-1206, 25-1207)

HF Sinclair Woods Crossing Refining LLC (Nos. 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214)

Kern Oil & Refining Co. (No. 25-1219)

Growth Energy (25-1226)

Renewable Fuels Association (No. 25-1228)

Delek Refining Ltd. (No. 25-1229)

Lion Oil Company LLC (No. 25-1231)

CHS Inc. (No. 25-1232)

American Refining Group, Inc. (No. 25-1233)

Countrymark Refining and Logistics LLC (No. 25-1234)

Placid Refining Company LLC (No. 25-1235)

San Joaquin Refining Co., Inc. (No. 25-1236)

Big West Oil, LLC (Nos. 25-1237, 25-1277)

Par Montana, LLC (No. 25-1238)

U.S. Oil & Refining Company (No. 25-1239)

Wyoming Refining Co. (No. 25-1240)

The San Antonio Refinery LLC (No. 25-1241)

Wynnewood Refining Company, LLC (No. 25-1242)

Ergon Refining, Inc. (No. 25-1243)

Ergon-West Virginia, Inc. (No. 25-1244)

Alon USA, LP (No. 25-1245, 25-1246)

Hunt Refining Company (No. 25-1247)

Suncor Energy Inc. (No. 25-1248, 25-1249)

**Respondents:**

U.S. Environmental Protection Agency (Nos. 25-1180, 25-1195, 25-1196, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214, 25-1219, 25-1226, 25-1228, 25-1229, 25-1230, 25-1231, 25-1232, 25-1233, 25-1234, 25-1235, 25-1236, 25-1237, 25-1238, 25-1239, 25-1240, 25-1241, 25-1242, 25-1243, 25-1244, 25-1245, 25-1246, 25-1247, 25-1248, 25-1249, 25-1276, 25-1277).

U.S. Department of Energy (Nos. 25-1229, 25-1230, 25-1231, 25-1232, 25-1245, 25-1246, 25-1247, 25-1248, 25-1249).

**Intervenors:**

Small Refineries of America (No. 25-1180)

Coalition to Preserve Refined Fuel Markets (Nos. 25-1226, 25-1228)

**<u>Movant-Intervenors</u>**:

Growth Energy (No. 25-1180)

Renewable Fuels Association (No. 25-1180)

Clean Fuels Alliance America (No. 25-1180)

Coalition for Renewable Natural Gas (No. 25-1180)

Sustainable Advanced Refiners Coalition (No. 25-1180)

Small Refineries of America (No. 25-1180)

American Refining Group, Inc. (No. 25-1180)

Calumet Montana Refining, LLC (No. 25-1180)

Calumet Shreveport Refining, LLC (No. 25-1180)

CountryMark Refining (No. 25-1180)

Ergon Refining, Inc. (No. 25-1180)

Ergon-West Virginia, Inc. (No. 25-1180)

Par Montana, LLC (No. 25-1180)

Placid Refining Company LLC (No. 25-1180)

San Joaquin Refining Co., Inc. (No. 25-1180)

The San Antonio Refinery LLC (No. 25-1180)

U.S. Oil & Refining Company (No. 25-1180)

Wynnewood Refining Co., LLC (No. 25-1180)

Wynnewood Refining Company (No. 25-1180)

Kern Oil & Refining Co. (No. 25-1180)

*<u>Amici</u>*:

There are no *amici* at this time.

Dated: January 12, 2026

Respectfully submitted,

<u>/s/ James R. Conde</u>
Michael Buschbacher
James R. Conde
  *Counsel of Record*
Laura B. Ruppalt
James R. Wedeking
Boyden Gray PLLC
800 Connecticut Ave. NW
Washington, DC 20006
202-955-0620
jconde@boydengray.com

*Counsel for Coalition to Preserve Refined Fuel Markets*