**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| RENEWABLE FUELS ASSOCIATION, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) Case No. 25-1281 |
| | ) (consolidated with 25-1180) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) |
| | ) |
| *Respondent*. | ) |
| | ) |
| | ) |

**MOTION FOR LEAVE TO FILE STATEMENT OF ISSUES AND**
**DOCKETING STATEMENT OUT OF TIME**

The Renewable Fuels Association ("RFA") respectfully seeks leave to

file its Statement of Issues and Docketing Statement in this case,

notwithstanding its inadvertent non-compliance with this Court's December 12,

2025 Order directing these submissions be filed on or before January 12, 2026.

Copies of the proposed filings have been electronically submitted and served

contemporaneously with the filing of this motion.

On December 11, 2026, RFA filed a petition for review of the United

States Environmental Protection Agency's ("EPA's") final action entitled

"November 2025 Decisions on Petitions for RFS Small Refinery Exemptions,"
EPA-420-R-25-013 ("November 2025 SRE Decisions"). The following day, on
December 12, 2026, the Court consolidated RFA's petition with Case Nos. 25-
1276 and 25-1277, which challenge the same November 2025 SRE Decisions,
and directed RFA to file its Docketing Statement Form and Statement of Issues
by January 12, 2026. Subsequently, on December 23, 2025, Petitioners in the
previously consolidated cases (No. 25- 1276 and No. 25-1277), REH Company,
LLC and Big West Oil, LLC, filed a Joint Unopposed Motion to Consolidate
Case Nos. 25-1276 and No. 25-1277 with already-consolidated petitions for
review of EPA's "August 2025 Decisions on Petitions for RFS Small Refinery
Exemptions," ("August 2025 SRE Decisions") in *REH Company, LLC, et al. v.
EPA*, No. 25-1180.[1] *See* ECF # 2151944. The Court granted Petitioners'
unopposed motion to consolidate on January 8, 2026. *See* ECF # 2153443.

In the midst of the request to consolidate the various challenges to EPA's
SRE decisions, the undersigned counsel moved to a different law firm and
inadvertently lost track of this Court's January 12, 2026 deadline. In the process
of making the move, counsel briefly lost access to the ECF filing system.
Counsel regrets the oversight and has moved expeditiously to resolve the access

---

[1] RFA filed a Petition for Review of EPA's August 2025 SRE Decisions on
October 24, 2025. RFA's petition for review was consolidated with Case No. 25-
1180 on October 27, 2025. *See* ECF # 2142180.

issue and come into compliance with the deadline promptly after discovering the issue.

No party to these consolidated cases will be prejudiced by grant of this motion, especially in light of the fact that RFA is already a party to the consolidated petitions for review in *REH Company, LLC, et al. v. EPA*, No. 25-1180, and RFA has already filed its Statement of Issues in that consolidated case which is nearly identical to the Statement of Issues RFA seeks to file via this motion. *See* ECF #2147414.[2]

## CONCLUSION

For the foregoing reasons, RFA respectfully asks that the Court grant RFA leave to file its Statement of Issues and Docketing Statement and accept such filings.

Dated: January 14, 2026

Respectfully submitted,

/s/ *Matthew W. Morrison*
Matthew W. Morrison
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001-5692
(202) 639-7780
matthew.morrison@bakerbotts.com

*Counsel for Renewable Fuels Association*

---

[2] The only difference in the Statement of Issues is that one references EPA's August 2025 SRE Decisions and the other references EPA's November 2025 SRE Decisions. The Statement of Issues are otherwise identical.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies:

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 487 words, excluding exempted portions, as provided in Fed. R. App. P. 32(f). As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

2.      This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(a)(5)-(6) because it was prepared in proportionally-spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: January 14, 2026           Respectfully submitted,


/s/ *Matthew W. Morrison*
Matthew W. Morrison

*Counsel for Renewable Fuels Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 14, 2026                    Respectfully submitted,

/s/ *Matthew W. Morrison*
Matthew W. Morrison

*Counsel for Renewable Fuels Association*